◼ JOAN M. LEWIS, Appellant, v FRANK LUSTAN et al., Respondents. [908 NYS2d 382]—Motion for reargument or leave to

appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Pine and Gorski, JJ.